FILED
NOV 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

315 Purok Silangan
Brgy. Dela Paz
1870 Antipolo City, Philippines
September 28, 2007

Ref: CIVIL ACTION No. ~~1:1:124~~ HHG

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001
U.S.A.

Case: 1:07-cv-02014
Assigned To : Friedman, Paul L.
Assign. Date : 11/07/2007
Description: PRO SE GEN. CIVIL

S i r :

    This is to acknowledge receipt of the US Forms from your good Office, in response to my request to you dated August 13, 2007, of which I am thanking you very much.

    I am enclosing herewith my COMPLAINT based on the Forms you furnished me which I have fully accomplished, together with other supporting papers, for your ready reference.

    In this connection, hoping to hear from you very soon of the expected good result of the case, I remain

                          Very respectfully yours,

                           MRS. JOVITA C. GOMEZ
                                Widow

Encls: as stated.

RECEIVED
OCT 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

CIVIL ACTION No. _____

Mrs. Jovita C. Gomez
315 Purok Silangan
Brgy. Dela Paz
1870 Antipolo City
Philippines ------------- PLAINTIFF

-versus-

U.S. Department of the Army, Et al
                                    DEPENDANT

COMPLAINT
Non-payment of military benefit
Due to Federico C. Gomez who rendered
Service in the 109th Division 10th
Military District and who failed to
Receive compensation during his
services.

-------------------------------------

    WHEREFORE, the premises considered, the plantiff demands judgement against dependants in the amount of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00).

    Plaintiff Demands Trial by Jury.

By: MRS. JOVITA C. GOMEZ
      Widow
      315 Purok Silangan
      Brgy. Dela Paz
      1870 Antipolo City
      Philippines.

# CERTIFICATE OF DEATH

FILL OUT COMPLETELY, ACCURATELY, AND LEGIBLY WITH INK OR TYPEWRITER

Province: Metro-Manila
City or Municipality: Pasay City
Register Number:
(a) Civil Registrar-General No.
(b) Local Civil Registrar No. 1165(11-91)

1. PLACE OF DEATH
   a. Province: Metro Mla.
   b. City or Town: Pasay City
   d. Full Name of Hospital or Institution (If in hospital or institution): Pasay City General Hospital

2. USUAL RESIDENCE (Where deceased lived, if institution, residence before admission)
   a. Province: Metro Mla.
   b. City or Town: Pasay
   c. Address, Street or Barrio: 532 Tramco St.,

3. NAME OF DECEASED (Type or print)
   a. (First) FEDERICO
   b. (Middle)
   c. (Last) GOMEZ

4. Date of Death: (Month) July (Day) 30, (Year) [1981]

5. Sex: M
6. Race: Brown
7. Married — Married
8. Date of Birth: June 9, 1913
9. Age (Years): 68

11. Birthplace: Bohol, Philippines
14. Mother's Maiden Name: Guvivienu Brown

15. Father's Name: [Illegible]

16. Informant: (Name) Illegible
   a. (Address) 532 Tramco St., Pasay
   b. (Relation to deceased) Wife — JOVITA GOMEZ

Jovita Gomez
532 Tramco St., Pasay Metro Mla.

17. CAUSE OF DEATH
   MEDICAL CERTIFICATE
   I. Disease or Condition Directly Leading to Death: Cardio Respiratory Arrest
      Due to (b): CVA
      Due to (c):

19. Autopsy: No

Attended the deceased from July 21, 1981 to July 30, 1981
at 10:35 A.M.
(Sgd.) Illegible
MARCIE TOLETE, M.D.
Pasay City General Hospital
7-30-81

24. Date Received: 8/4/81
Buenavista Cam.
(Sgd.) Illegible
MARIA F. VILLANUEVA, M.D., CHO
City Health Officer
Civil Registrar
Butuan City

PASAY CITY AND METRO MANILA, Philippines
CERTIFIED AS TRUE COPY OF THE ORIGINAL



Municipal Form No. 97—(ro.... 3)   Register No. 178 - 2/19/70

# MARRIAGE CONTRACT

City of /Municipality/ of BUTUAN, Province of AGUSAN DEL NORTE   OXO-X

|  | HUSBAND | WIFE |
|---|---|---|
| Contracting Parties | FEDERICO C. GOMEZ | JOVITA CASILDO |
| (a) Age | 56 years old | 22 years old |
| (b) Nationality | Filipino | Filipino |
| (c) Residence | 975 Montilla Blvd., B. City | Montilla Blvd., Butuan City |
| Single, widowed or divorced | Widower | Single |
| Father | Vicente Gomez | Cipriano Casildo |
| Nationality | Filipino | Filipino |
| Mother | Aloja Cabonce | Aquilina Modina |
| Nationality | Filipino | Filipino |
| Witnesses | Andres E. Sanchez | Anunciacion F. Buque |
| Residence | Butuan City | Butuan City (Sn. Francisco St.) |
| Persons who gave consent or advice |  | Aquilina Modina |
| (a) Residence |  | Lanoza, Surigao del Sur |
| (b) Relation to contracting party |  | Mother |

Place of marriage { Office of the House of Barrio of Church of }   Office of the City Judge

Date of marriage   March 2, 1970

Marriage solemnized by   Hon. Napoleon D. Villanueva

(a) City Judge (Position)   (b) Butuan City (Address)

THIS IS TO CERTIFY: That I, FEDERICO C. GOMEZ and I, JOVITA CASILDO on the date and at the place above given, of our own free will and accord, and in the presence of the person solemnizing this marriage and of the two witnesses named below, both of age, take each other as husband and wife.

And I, NAPOLEON D. VILLANUEVA, City Judge (Position) CERTIFY: That on the date and at the place above written the aforesaid FEDERICO C. GOMEZ and JOVITA CASILDO were with their mutual consent lawfully joined together in holy matrimony by me in the presence of said witnesses, both of age; and I further certify that the Marriage License No. 2654732, issued at Butuan City on March 2, 1970 in favor of said parties, was exhibited to me or no marriage license was exhibited to me, this marriage being of an exceptional character performed under Art. _____ of Rep. Act 386; and that consent or advice to such marriage was duly given, as required by law, by the person or persons above mentioned.

IN WITNESS WHEREOF, we signed, (or marked with our fingerprint) this certificate in triplicate this 2nd day of March, 1970.

FEDERICO C. GOMEZ (Contracting Party)    JOVITA CASILDO (Contracting Party)

NAPOLEON D. VILLANUEVA
(Judge, Justice of the Peace, Mayor, Priest, Minister, etc.)
City Judge

WITNESSES

ANDRES E. SANCHEZ    ANUNCIACION F. BUQUE



02146-B8-003ARR-00508-MI002
BEST POSSIBLE IMAGE

CARMELITA N. ERICTA
Administrator and Civil Registrar General

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

07-2014
PLF

## I (a) PLAINTIFFS
Jovita C. Gomez

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 99999
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (NP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
U.S. Dept. of Army

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:07-cv-02014
Assigned To : Friedman, Paul L.
Assign. Date : 11/07/2007
Description: PRO SE GEN. CIVIL

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ E. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1331

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 75,000   Check YES only if demanded in complaint JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES ☒ NO   If yes, please complete related case form.

DATE 11/7/07   SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd