# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MRS. JOVITA C. GOMEZ** ) <br> **315 Purok Silangan** ) <br> **Brgy. Dela Paz** ) <br> **1870 Antipolo City** ) <br> **Phillippines** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **U.S. DEPARTMENT OF THE ARMY,** ) <br> ) <br> **Defendant.** ) | Civil Action No. 07-2014 (PLF) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

JOVITA C. GOMEZ
315 Purok Silangan
Brgy. Dela Paz
1870 Antipolo City
Phillippines

on this _____ day of January, 2008.

_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780