IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOVITA C. GOMEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2014 (PLF) |
| ) | |
| U.S. DEPARTMENT OF THE ARMY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING REGARDING SERVICE**

Defendant advises the Court that a copy of Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment (Docket # 7) was served by First Class Mail, postage prepaid to plaintiff on this 8th day of February, 2008.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

JOVITA C. GOMEZ
315 Purok Silangan
Brgy. Dela Paz
1870 Antipolo City
Phillippines

on this _____ day of February, 2008.

                            _____/s/_____
                            BRIAN C. BALDRATE
                            Special Assistant United States Attorney
                            Civil Division
                            555 Fourth St., N.W.
                            Washington, D.C.  20530
                            202-353-9895  / FAX 202-514-8780