UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001
U. S. A.

CASE NAME: GOMEZ v. U.S. DEPARTMENT OF THE ARMY

DOCUMENT NUMBER: 9              CASE NUMBER: 1:07-cv-2014 PLF

Mrs. Jovita C. Gomez
315 Purok Silangan
Brgy Dela Paz
1870 Antipolo City
Philippines - - - - - - - PLAINTIFF

-versus-

U.S. Department of the Army, Etal
                              DEPENDANT

RECEIVED
MAR 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION
Pending before the Court is defendant's motion to dismiss or, in the alternative, for summary judgment.

- - - - - - - - - - - -

   WHEREFORE, the premises considered, the plaintiff move to oppose defendant's motion to dismiss or, in the alternative, for summary judgment. With prayer, plaintiff desire to submit material reference to be part of the record to support the claim, so judgment be postponed in the meantime considering the distance and unreliable means of communication deliveries and other means thereof.

   Plaintiff Demand Trial by Jury.

March 7, 2008                By: MRS. JOVITA C. GOMEZ
                                      Widow
                                 315 Purok Silangan
                                 Brgy. Dela Paz
                                 1870 Antipolo City
                                 Philippines.